UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:11-CR-204-NT |
| | ) | |
| JORDAN KIRSCH | ) | ENTERED ON THE DOCKET: 2/14/2012 |

## ORDER OF DISCHARGE

It appearing that the defendant is now entitled to be discharged for the reason that the Court has granted the motion of the Government for dismissal, of the offense of Possession of a Firearm by Person Previously Committed to a Mental Institution as charged in Counts One and Two of the Indictment,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANT IS HEREBY DISCHARGED PURSUANT TO RULE 48(a), Fed. R. Crim. P.

Dated this 14th day of February, 2012.

/s/ Nancy Torresen
Nancy Torresen,
U. S. District Court Judge